IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., P.C.<br>d/b/a THE PAIN CENTER<br><br>            Plaintiff,<br><br>vs.<br><br>SKILSTAF, INC.<br><br>            Defendant. | : <br> : <br> :   CIVIL ACTION NO.<br> : <br> :   05-6073<br> : <br> : <br> : <br> : <br> : |

### DEFENDANT'S PRAECIPE
### TO WITHDRAW CERTAIN ARGUMENTS
### IN ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT

On November 29, 2005, Defendant SkilStaf, Inc. filed with the Court its Motion to Dismiss Plaintiff's Complaint. Defendant's dismissal motion was premised on three separate grounds: (1) lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2); (2) improper venue under Federal Rule of Civil Procedure 12(b)(3); and (3) failure to exhaust administrative remedies under Federal Rule of Civil Procedure 12(b)(6).

Defendant hereby withdraws the first two bases for its Motion to Dismiss, namely, dismissal under Rules 12(b)(2) and 12(b)(3). Accordingly, Defendant's Motion to Dismiss is based solely upon Plaintiff's failure to exhaust administrative remedies and Defendant seeks dismissal of Plaintiff's Complaint solely under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2028144v1

Defendant has advised Plaintiff's counsel, Robert Cole, that it has withdrawn the above-referenced arguments from its Motion to Dismiss.

/s/ Beth A. Friel
Jeanne L. Bakker (I.D. No. 79122)
Beth A. Friel (I.D. No. 86548)
Montgomery, McCracken,
 Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
215-772-1500

Attorneys for Defendant
SkilStaf, Inc.

Dated: December 6, 2005

# CERTIFICATE OF SERVICE

I, Beth A. Friel, counsel for Defendant SkilStaf, Inc., hereby certify that I caused a copy of Defendant's Praecipe to Withdraw Certain Arguments In Its Motion To Dismiss Plaintiff's Complaint to be served by first class U.S. mail, postage prepaid, upon the persons, at the addresses and on the date that appears below:

        Robert E. Cole, P.C.
        Lafayette Building
        437 Chestnut Street
        Suite 218
        Philadelphia, PA  19106


Date:   December 6, 2005        /s/ Beth A. Friel
        Beth A. Friel

2028144v1