

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROBERT E. COLE                              Attorney For Plaintiff
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
437 CHESTNUT STREET, SUITE 218
PHILADELPHIA, PA  19106
(215) 922-2050
_____

OWEN J. ROGAL, D.D.S., P.C.          :
d/b/a THE PAIN CENTER
501-07 SOUTH 12TH STREET
PHILADELPHIA, PA  19147

          Plaintiff                  :

          V.                         :    NO. 05-6073

SKILSTAF, INC.                       :
P.O. BOX 729
ALEXANDER CITY, AL  35011

          Defendant                  :
_____
```

FILED
DEC 1 4 2005
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### DEMAND FOR TRIAL BY JURY OF TWELVE MEMBERS

Plaintiff, Owen J. Rogal, D.D.S., P.C., d/b/a The Pain Center, by and through its undersigned counsel, hereby demands a trial by jury of twelve members plus two alternates in the above-captioned matter.

12/13/05                          REC6159
_____                   _____
Date                              Robert E. Cole, Esquire
                                  Attorney for Plaintiff
                                  Atty. I.D. No. 73263
                                  437 Chestnut Street, Suite 218
                                  Philadelphia, PA  19106
                                  (215) 922-2050

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT E. COLE                                   Attorney For Plaintiff
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
437 CHESTNUT STREET, SUITE 218
PHILADELPHIA, PA  19106
(215) 922-2050

_____

OWEN J. ROGAL, D.D.S., P.C.               :
d/b/a THE PAIN CENTER
501-07 SOUTH 12TH STREET
PHILADELPHIA, PA  19147

           Plaintiff                      :

      V.                                  :   NO. 05-6073

SKILSTAF, INC.                            :
P.O. BOX 729
ALEXANDER CITY, AL  35011

                                              **FILED**

           Defendant                      :   DEC 1 4 2005

                                              MICHAEL E. KUNZ, Clerk
                                              By _____ Dep. Clerk
_____

## VERIFICATION OF SERVICE

Robert E. Cole, Esquire, verifies that on the date below, he served upon Jeanne L. Bakker, Esquire, attorney for defendant above, plaintiff's Demand for Trial by Jury of Twelve Members by depositing same with the United States Postal Service, First Class Mail and directing it to the following address:

             Montgomery McCracken et al.
                123 South Broad Street
                Philadelphia, PA  19109

12/13/05                          REC6159
_____                   _____
Date                              Robert E. Cole, Esquire
                                  Attorney for Plaintiff
                                  Atty. I.D. No. 73263
                                  437 Chestnut Street, Suite 218
                                  Philadelphia, PA  19106
                                  (215) 922-2050