Montgomery, McCracken, Walker & Rhoads, LLP
By: Jeanne K. Bakker (No. 79122)
    Beth A. Friel (No. 86548)
123 South Broad Street
Philadelphia, PA  19109-1099
Attorneys for Defendant
SkilStaf, Inc.

---

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
CIVIL DIVISION

05-CV-6073

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., P.C. d/b/a THE PAIN CENTER | : OCTOBER TERM 2005 |
| Plaintiff, | : NO. 001514 |
| vs. | : |
| SKILSTAF, INC. | : |
| Defendant. | : |

NOTICE OF FILING
**NOTICE OF REMOVAL**

To:    THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF
       PHILADELPHIA COUNTY, PENNSYLVANIA

Pursuant to 28 U.S.C. § 1446(d), notice is hereby given that the defendant SkilStaf, Inc. removed Civil Action No. 001514 to the United States District Court for the Eastern District of Pennsylvania on November 21, 2005. Defendant SkilStaf, Inc. files herewith a true and correct copy of the Notice of Removal under 28 U.S.C. § 1441 removing Civil Action No. 001514 to the United States District Court for the Eastern District of Pennsylvania. I certify that the documents attached hereto were filed with the Clerk of the United States District Court for the Eastern

-2-

District of Pennsylvania and served along with this Notice on opposing counsel.

Date: November 21, 2005

                                 */s/ Beth A. Friel*
                                 Jeanne L. Bakker, Esquire
                                 Beth A. Friel, Esquire
                                 Montgomery, McCracken
                                   Walker & Rhoads, LLP
                                 123 South Broad Street
                                 Philadelphia, Pa 19109
                                 (215) 772-1500

                                 Attorneys for Defendant,
                                 SkilStaf, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Filing Notice of Removal was served on the person listed below by United States first class mail, postage prepaid on this 21st day of November, 2005:

> Robert E. Cole, P.C.
> Lafayette Building
> 437 Chestnut Street
> Suite 218
> Philadelphia, PA  19106

_____
Beth A. Friel

```
REPORT : ZDRDOCT                                           PAGE      1
USER ID: BTP            First Judicial District       RUN DATE 11/21/05
                           CIVIL DOCKET REPORT        RUN TIME 03:26 PM
                           CASE ID 051001514
```

HH                                                          05-6073
                                                              (8)

```
CASE NUMBER         CASE CAPTION
051001514           ROGAL DDS PC VS SKILSTAF INC            F I L E D

FILING DATE         COURT       LOCATION      JURY          JAN 1 2 2006
07-OCT-2005         NE          CH            N
                                                            MICHAEL E. KUNZ, Clerk
CASE TYPE: CONTRACTS (GOODS), ENFORCE                       By_____ Dep. Clerk
STATUS: NOT OF REMOVAL TO US DIST CT
```

```
Seq # Assoc Expn Date    Type   ID         Party Name / Address & Phone No.

1                        APLF   A73263     COLE, ROBERT E
                                              LAFAYETTE BUILDING
                                              437 CHESTNUT ST
                                              SUITE 218
                                              PHILADELPHIA PA 19106
                                              (215)922-2050
                                              (215)922-2006 - FAX

2     1                  PLF    @5304943   OWEN J ROGAL DDS PC
                                              501-07 S 12TH ST
                                              PHILADELPHIA PA 19147

3                        DFT    @5304944   SKITSTAF INC
                                              PO BOX 729
                                              ALEXANDER CITY AL 35011

4                        TL     J336       JONES, C. DARNELL
                                              1207 CRIMINAL JUSTICE CENTER
                                              1301 FILBERT STREET
                                              PHILADELPHIA PA 19107
                                              (215)683-7038
```

```
Filing Date / Time    Docket Entry                                  Date Entered

07-OCT-05 15:43:28    COMMENCEMENT OF CIVIL ACTION                   17-OCT-05
                                                                     COLE, ROBERT E

07-OCT-05 15:43:28    SHERIFF'S SURCHARGE 1 DEFT                     17-OCT-05
                                                                     COLE, ROBERT E

07-OCT-05 15:43:28    WAITING TO LIST CASE MGMT CONF                 17-OCT-05

07-OCT-05 15:43:28    COMPLAINT FILED NOTICE GIVEN                   17-OCT-05
                                                                     COLE, ROBERT E
                      COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS
                      AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED.
```

```
REPORT : ZDRDOCT              First Judicial District                PAGE       2
USER ID: BTP                   CIVIL DOCKET REPORT              RUN DATE 11/21/05
                               CASE ID 051001514                RUN TIME 03:26 PM


Filing Date / Time    Docket Entry                                    Date Entered

07-OCT-05 16:46:43    ACTIVE CASE                                        12-OCT-05

26-OCT-05 12:36:24    AFFIDAVIT OF SERVICE FILED                         27-OCT-05
                      OF COMPLAINT BY CERTIFIED MAIL, RETURN RECEIPT
                      REQUESTED UPON SKILSTAF, INC.  ON 20-OCT-05.

21-NOV-05 12:35:00    NOT OF REMOVAL TO US DIST CT                       21-NOV-05
                                                                      SKITSTAF INC,
                      NOTICE OF REMOVAL TO THE U.S. (EASTERN) DISTRICT COURT
                      UNDER 05-CV-6073 FILED.  BTP



                          * * * End of Docket * * *
```

CERTIFIED FROM THE RECORD ON **JAN 1 1 2006**
JOSEPH H. EVERS
PROTHONOTARY OF PHILADELPHIA COUNTY

BY: *Joseph C. Mangini*