**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**


OWEN J. ROGAL, D.D.S., P.C.,       )
                                           )
       Plaintiff,                  )
                                           )
v.                                 )   CIVIL ACTION NO. 3:06-cv-00728-VPM
                                         )
SKILSTAF, INC.,                 )
                                         )
       Defendant.          )
                                         )


## <u>NOTICE OF APPEARANCE</u>

Charles A. Stewart III, Amelia T. Driscoll, and the law firm of Bradley Arant Rose & White LLP, hereby give notice of appearance as counsel for Skilstaf, Inc., the Defendant in this cause, and ask that the Court and Plaintiff serve them with copies of all pleadings, orders, discovery, and other documents at the below address:

> Charles A. Stewart III
> **Bradley Arant Rose & White LLP**
> The Alabama Center for Commerce
> 401 Adams Avenue, Suite 780
> Montgomery, AL 36104
>
> Amelia Driscoll (DRI016)
> **Bradley Arant Rose & White LLP**
> One Federal Place
> 1819 Fifth Avenue North
> Birmingham, AL 35203

Dated this the 18th day of August, 2005.


Respectfully submitted,

/s/ Charles A. Stewart, III
_____
Charles A. Stewart, III (STE067) (asb-4955-a56c)

Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com

Amelia T. Driscoll
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205)521-8000
Fax: (205)521-8800
Email: adriscoll@bradleyarant.com

**Attorneys for Defendants**
**Bama Budweiser, Inc. of Montgomery**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert E. Cole
437 Chestnut Street, Suite 218
Philadelphia, PA  19109

Beth A. Friel
Jeanne L. Bakker
Mongtomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA  19109

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None.

/s/ Charles A. Stewart, III

2