# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                      TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style:  Owen J. Rogal, D.D.S., P.C. v. Skilstaf, Inc.

Case Number:   3:06-cv-00728-VPM

Referenced Docket Entry - ***Notice of Appearance - Doc.  No. 22

The referenced docket entry was filed electronically   in ERROR  on ***August 21, 2006***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this is the same document as doc. 14.  Please disregard this docket entry.