IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OWEN J. ROGAL, D.D.S., P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:06cv728-VPM |
| | ) | |
| SKILSTAF, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

Upon consideration of the Plaintiff's Motion for Pro Hac Vice Admission (Doc. #17) along with the attached affidavit, filed on 1 September 2006, and it appearing that ROBERT E. COLE, ESQ., is a member in good standing of the United States District Court for the Eastern District of Pennsylvania, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 7th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

Case 3:06-cv-00728-MHT-WC    Document 18    Filed 09/07/2006    Page 2 of 2