**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 18, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Owen J. Rogal, D.D.S., P.C. v. Skilstaf, Inc.
Civil Action No. 3:06-cv-00728-VPM

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now 3:06-cv-00728-(MHT).   This new case number should be used on all future correspondence and pleadings in this action.