IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,        )
P.C. d/b/a THE PAIN CENTER,   )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )      3:06cv728-MHT
                              )
SKILSTAF, INC.,               )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that the motion to withdraw (doc. no. 4) is granted.

DONE, this the 20th day of September, 2006.


　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE