IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,        )
P.C. d/b/a THE PAIN CENTER,   )
                              )
    Plaintiff,                )
                              )          CIVIL ACTION NO.
    v.                        )          3:06cv728-MHT
                              )
SKILSTAF, INC.,               )
                              )
    Defendant.                )


OWEN J. ROGAL, D.D.S.,        )
P.C. d/b/a THE PAIN CENTER,   )
                              )
    Plaintiff,                )
                              )          CIVIL ACTION NO.
    v.                        )          3:06cv711-MHT
                              )
SKILSTAF, INC.,               )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that the parties show cause, if any there be, in writing by October 13, 2006, as to why both of the above-styled cases should not be consolidated.

DONE, this the 20th day of September, 2006.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**