IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., ) <br> P.C. d/b/a THE PAIN CENTER, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SKILSTAF, INC., ) <br> ) <br>    Defendant. ) | CIVIL ACTION NO. <br> 3:06cv728-MHT |

### ORDER

It is ORDERED that the motion to dismiss (doc. no. 3) is denied without prejudice. The motion appears to raise factual issues that should be resolved on a summary-judgment motion after a reasonable opportunity for discovery.

DONE, this the 26th day of September, 2006.

                                  /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE