# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **OWEN J. ROGAL, D.D.S., P.C.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **3:06-cv-00728-MHT** |
| **SKILSTAF, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Skilstaf, Inc. ("Skilstaf") identifies SkilStaf International, Inc. as its parent company.

        Respectfully Submitted,

        s/Charles A. Stewart III
        Charles A. Stewart III (STE067)
        Bradley Arant Rose & White LLP
        The Alabama Center for Commerce
        401 Adams Avenue, Suite 780
        Montgomery, AL 36104
        Telephone: (334) 956-7700
        Facsimile: (334) 956-7701
        cstewart@bradleyarant.com

        s/Amelia T. Driscoll
        Amelia T. Driscoll (DRI016)
        Bradley Arant Rose & White LLP
        1819 Fifth Avenue North
        Birmingham, AL 35203-2104
        Telephone: (205) 521-8000
        Facsimile: (205) 521-8800
        adriscoll@bradleyarant.com


        Attorneys for Defendant
        Skilstaf, Inc.


**CERTIFICATE OF SERVICE**

    I hereby certify that on October 10th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Robert E. Cole
        437 Chestnut Street, Suite 218
        Philadelphia, PA  19109

        Beth A. Friel
        Jeanne L. Bakker
        Mongtomery, McCracken, Walker & Rhoads
        123 South Broad Street
        Philadelphia, PA  19109

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None.

        /s/ Amelia T. Driscoll