IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,        )
P.C. d/b/a THE PAIN CENTER,   )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    3:06cv728-MHT
                              )
SKILSTAF, INC.,               )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that the motion to consolidate (doc. no. 29) is granted to the extent that the parties may conduct discovery in this case and in case no. 3:06cv711-MHT jointly.  The cases are _not_ otherwise consolidated.

DONE, this the 1st day of November, 2006.

                                 /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE