# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **OWEN J. ROGAL, D.D.S., P.C.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**SKILSTAF, INC.,** )<br>)<br>Defendant. )<br>) | **CIVIL ACTION NO.**<br>**3:06-cv-00728-MHT** |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Skilstaf, Inc. hereby moves the Court to enter summary judgment in its favor and against Plaintiff. As grounds for this motion, Defendant relies on the pleadings, the evidentiary materials filed under seal with this motion, and the supporting brief (including the evidentiary materials attached thereto), all of which has been submitted contemporaneously herewith.

WHEREFORE, Defendant respectfully requests this Court to enter summary judgment in its favor and against Plaintiff.

Respectfully submitted,

s/Charles A. Stewart III
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
cstewart@bradleyarant.com

s/Amelia T. Driscoll
Amelia T. Driscoll (DRI016)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
adriscoll@bradleyarant.com

Attorneys for Defendant
Skilstaf, Inc.

# **CERTIFICATE OF SERVICE**

      I hereby certify that on May 18th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Robert E. Cole
>437 Chestnut Street, Suite 218
>Philadelphia, PA  19109
>
>Beth A. Friel
>Jeanne L. Bakker
>Mongtomery, McCracken, Walker & Rhoads
>123 South Broad Street
>Philadelphia, PA  19109

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None.

                                                 /s/ Amelia T. Driscoll