IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,      )
P.C. d/b/a THE PAIN CENTER, )
                            )
    Plaintiff,               )
                            )    CIVIL ACTION NO.
    v.                       )    3:06cv728-MHT
                            )
SKILSTAF, INC.,             )
                            )
    Defendant.               )
```

ORDER

It is ORDERED that the motion to conduct settlement negotiations over the telephone (Doc. No. 43) is granted.

DONE, this the 4th day of June, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE