### IN THE UNITED STATED DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

```
ROBERT E. COLE                              Attorney For Plaintiff
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
437 CHESTNUT STREET, SUITE 218
PHILADELPHIA, PA  19106
(215) 922-2050
_____

OWEN J. ROGAL, D.D.S., P.C.        :
d/b/a THE PAIN CENTER
501-07 SOUTH 12TH STREET
PHILADELPHIA, PA  19147

            Plaintiff             :

            V.                    :   NO. 3:06cv728-MHT

SKILSTAF, INC.                     :
P.O. BOX 729
ALEXANDER CITY, AL  35011

            Defendant             :
_____
```

**PLAINTIFF OWEN J. ROGAL, D.D.S., P.C.'S INDEX TO EXHIBITS IN OPPOSITION TO DEFENDANT SKILSTAF, INC.'S MOTION FOR SUMMARY JUDGMENT**

EXHIBIT A          PEER REVIEW LITERATURE ON
                   RADIOFREQUENCY SURGICAL TECHNIQUE

EXHIBIT B          OPERATIVE REPORTS

        B1         1/20/05 – 2/11/05
        B2         2/18/05 – 3/4/05
        B3         3/18/05 – 4/1/05
        B4         4/15/05 – 5/6/05
        B5         5/13/05 – 5/25/05
        B6         5/26/05 – 6/1/05
        B7         6/3/05 – 6/7/05

EXHIBIT C          REVIEW DENIAL OF BENEFITS
                   CORRESPONDENCES (W/ ENCLOSURES)

AFFIDAVIT OF KIM ROGAL-DEOLIVEIRA

                                  s/Robert E. Cole_____
                                  Robert E. Cole, Esquire
                                  Attorney for Plaintiff
                                  Atty. I.D. No. 73263
                                  437 Chestnut Street, Suite 218
                                  Philadelphia, PA  19106
                                  (215) 922-2050
                                  recoleesq6@juno.com