# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **OWEN J. ROGAL, D.D.S., P.C.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **3:06-cv-00728-MHT** |
| ) | |
| **SKILSTAF, INC.,** ) | **UNOPPOSED** |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S REPLY IN OPPOSITION TO DEFENDANT SKILSTAF, INC.'S MOTION FOR SUMMARY JUDGMENT

In order to fully address the matters now before the Court, Defendant Skilstaf, Inc. ("Skilstaf") respectfully moves the Court to permit Skilstaf to file a reply on or before June 11, 2007, to Plaintiff's Reply in Opposition to Defendant Skilstaf, Inc.'s Motion for Summary Judgment (Doc. No. 45). As grounds for this motion, Skilstaf states as follows:

1.  On May 18, 2007, the Court entered an order, indicating that Defendant's Motion for Summary Judgment had been set for submission without oral argument on June 4, 2007, and that any opposing brief and evidentiary materials were due by that date.

    2.    Plaintiff filed its Opposition on June 4, 2007.

    3.    Skilstaf is gathering information and would like to reply to the some of the legal and factual arguments asserted in Plaintiff's Opposition. Skilstaf's counsel believes that it can gather the necessary information and draft its reply by Monday, June 11, 2007.

    4.    Pursuant to the Uniform Initial Order, Skilstaf's counsel contacted Plaintiff's counsel on June 5, 2007, and Plaintiff's counsel indicated that he has no objection to the requested extension.

WHEREFORE, Skilstaf respectfully moves the Court to enter an order permitting Skilstaf to file a reply on or before June 11, 2007, to Plaintiff's Reply in Opposition to Defendant Skilstaf, Inc.'s Motion for Summary Judgment (Doc. No. 45).

Respectfully Submitted,

s/Charles A. Stewart III
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
cstewart@bradleyarant.com

        s/Amelia T. Driscoll
        Amelia T. Driscoll (DRI016)
        Bradley Arant Rose & White LLP
        1819 Fifth Avenue North
        Birmingham, AL 35203-2104
        Telephone: (205) 521-8000
        Facsimile: (205) 521-8800
        adriscoll@bradleyarant.com

        Attorneys for Defendant
        Skilstaf, Inc.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Robert E. Cole
        437 Chestnut Street, Suite 218
        Philadelphia, PA  19109

        Beth A. Friel
        Jeanne L. Bakker
        Mongtomery, McCracken, Walker & Rhoads
        123 South Broad Street
        Philadelphia, PA  19109

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None.

        /s/ Amelia T. Driscoll