IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,        )
P.C. d/b/a THE PAIN CENTER,   )
                              )
      Plaintiff,              )
                              )        CIVIL ACTION NO.
      v.                      )        3:06cv728-MHT
                              )
SKILSTAF, INC.,               )
                              )
      Defendant.              )
```

ORDER

It is ORDERED that the motion for leave to reply (Doc. No. 58) is granted.

DONE, this the 6th day of June, 2007.


　　　/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE