IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

OWEN J. ROGAL, D.D.S.,       )
P.C. d/b/a THE PAIN CENTER,  )
                             )
    Plaintiff,               )
                             )          CIVIL ACTION NO.
    v.                       )          3:06cv728-MHT
                             )
SKILSTAF, INC.,              )
                             )
    Defendant.               )

ORDER

It is ORDERED that the objection (Doc. No. 66) is set for submission, without oral argument, on August 17, 2007, with all briefs due by said date.

DONE, this the 13th day of August, 2007.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE