IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OWEN J. ROGAL, D.D.S., P.C.,

    Plaintiff,

v.

SKILSTAF, INC.

    Defendants,

CASE NO. 3:06-cv-728-MHT

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Owen J. Rogal, D.D.S., P.C., a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| KRD Management Corporation, Inc. | Managerial contract owner |
| 501-07 South 12th Street | |
| Philadelphia, PA 19147 | |

8/16/2007
Date

/s/Robert E. Cole
(Signature)

Robert E. Cole
(Counsel's Name)

Owen J. Rogal, D.D.S., P.C.
Counsel for (print names of all parties)

437 Chestnut Street, Suite 218
Philadelphia, PA 19106
Address, City, State Zip Code

215-922-2050
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

### CERTIFICATE OF SERVICE

I, Robert E. Cole, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail using the CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th day of August 20 07, to:

Amelia T. Driscoll, Esquire

Bradley Arant et al.

1819 Fifth Avenue North

Birmingham, AL  35203-2104


8/16/2007
**Date**

/s/Robert E. Cole
**Signature**