IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., )<br>P.C. d/b/a THE PAIN CENTER, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>SKILSTAF, INC., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>3:06cv728-MHT |

**ORDER**

It is ORDERED that the motion to strike jury demand (Doc. No. 68) is set for submission, without oral argument, on August 22, 2007, with all briefs due by said date.

DONE, this the 17th day of August, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**