# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **OWEN J. ROGAL, D.D.S., P.C.,**  )  )  Plaintiff,  )  )  v.  )  )  **SKILSTAF, INC.,**  )  )  Defendant.  )  ) | **CIVIL ACTION NO. 3:06-cv-00728-MHT**  **UNOPPOSED** |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT SKILSTAF, INC.'S OBJECTIONS TO PLAINTIFF'S WITNESS AND EXHIBIT LIST

In order to fully address the matters now before the Court, Defendant Skilstaf, Inc. ("Skilstaf") respectfully moves the Court to permit Skilstaf to file a reply on or before August 24, 2007, to Plaintiff's Brief in Opposition to Defendant Skilstaf, Inc.'s Objections to Plaintiff's Witness and Exhibit List (Doc. No. 72). As grounds for this motion, Skilstaf states as follows:

1. On August 13, 2007, the Court entered an order, indicating that Defendant's Objections to Plaintiff's Witness and Exhibit List had been set for submission without oral argument on August 17, 2007, with all briefs due by that date. (Doc. 67).

2. Plaintiff filed its Opposition on August 16, 2007. (Doc. 72).

  3. Skilstaf is gathering information and would like to reply to the some of the legal and factual arguments asserted in Plaintiff's Opposition. Skilstaf's counsel believes that it can gather the necessary information and draft its reply by Wednesday, August 24, 2007.

  4. Pursuant to the Uniform Initial Order, Skilstaf's counsel contacted Plaintiff's counsel on August 20, 2007, and Plaintiff's counsel indicated that he has no objection to the requested extension.

  WHEREFORE, Skilstaf respectfully moves the Court to enter an order permitting Skilstaf to file a reply on or before August 24, 2007, to Plaintiff's Brief in Opposition to Defendant Skilstaf, Inc.'s Objections to Plaintiff's Witness and Exhibit List (Doc. No. 72).

         Respectfully Submitted,

         s/Charles A. Stewart III
         Charles A. Stewart III (STE067)
         Bradley Arant Rose & White LLP
         The Alabama Center for Commerce
         401 Adams Avenue, Suite 780
         Montgomery, AL 36104
         Telephone: (334) 956-7700
         Facsimile: (334) 956-7701
         cstewart@bradleyarant.com

>s/Amelia T. Driscoll
>Amelia T. Driscoll (DRI016)
>Bradley Arant Rose & White LLP
>1819 Fifth Avenue North
>Birmingham, AL 35203-2104
>Telephone: (205) 521-8000
>Facsimile: (205) 521-8800
>adriscoll@bradleyarant.com
>
>Attorneys for Defendant
>Skilstaf, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Robert E. Cole
>437 Chestnut Street, Suite 218
>Philadelphia, PA  19106
>
>Beth A. Friel
>Jeanne L. Bakker
>Mongtomery, McCracken, Walker & Rhoads
>123 South Broad Street
>Philadelphia, PA  19109

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None.

>/s/ Amelia T. Driscoll