IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,      )
P.C. d/b/a THE PAIN CENTER, )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )       3:06cv728-MHT
                            )
SKILSTAF, INC.,             )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the motion for leave to reply (Doc. No. 75) is granted.

DONE, this the 22nd day of August, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE