IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,       )
P.C. d/b/a THE PAIN CENTER,  )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )    3:06cv728-MHT
                             )
SKILSTAF, INC.,              )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the motion for leave to reply (Doc. No. 76) is granted.

DONE, this the 22nd day of August, 2007.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE